IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARQCHELLO JORDAN                                                           PLAINTIFF

v.                              Case No. 4:17-cv-4011

CENTRAL TRANSPORT, LLC;
ELMER ENRIQUE VENTURA;
and JOHN DOE 1, JOHN DOE 2,
and JOHN DOE 3                                                              DEFENDANTS

### Judgment

For the reasons stated in the Memorandum Opinion of even date, the Court finds that

Separate Defendant Central Transport, LLC's Motion for Summary Judgment (ECF No. 81)

should be and hereby is **GRANTED**. Accordingly, Plaintiff's Motion for Partial Summary

Judgment (ECF No. 69) is **DENIED** and his claims against Central Transport, LLC, are

**DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 22nd day of February 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge