IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARQCHELLO JORDAN                                                                    PLAINTIFF

v.                                     Case No. 4:17-cv-4011

CENTRAL TRANSPORT, LLC;
JOHN DOE 1; JOHN DOE 2; and
JOHN DOE 3                                                                          DEFENDANTS

## **ORDER**

The parties have filed an Agreed Motion for Dismissal with Prejudice. ECF No. 160. The parties state that they have resolved all issues in this case and move the Court to dismiss this case with prejudice. Upon consideration, the Court finds that the Agreed Motion for Dismissal (ECF No. 160) should be and hereby is **GRANTED**. The above styled case is **DISMISSED WITH PREJUDICE** as to all Defendants, subject to the terms of the settlement agreement. **IT IS ORDERED** that if any party desires that the terms of settlement be a part of the record, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this Judgment.

The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 9th day of September, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge